UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

William Alberto Estrada Bonnilla,

                Plaintiff,

-against-

Commissioner of Social Security,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/19/2025_

24 Civ. 7186 (AT) (HJR)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    Plaintiff, William Alberto Estrada Bonnilla, brings this action against Defendant, the Commissioner of Social Security (the "Commissioner"), seeking judicial review under 42 U.S.C. § 405(g) of the Commissioner's decision denying him disability insurance and supplemental security income benefits. *See generally* Compl., ECF No. 1. The Court referred this matter to the Honorable Henry J. Ricardo. ECF No. 6. On March 3, 2025, Bonnilla moved for judgment on the pleadings or, in the alternative, for this matter to be remanded to the Social Security Administration for further proceedings. ECF No. 15.

    After careful consideration, Judge Ricardo issued a report (the "R&R") recommending that this action be remanded for further proceedings under 42 U.S.C. § 405(g). R&R at 27, ECF No. 20. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed. *Id.* at 27–28; *see* Fed. R. Civ. P. 72(b)(2). The Court, therefore, reviews the R&R for clear error. *See Whitley v. Bowden*, No. 17 Civ. 3564, 2019 WL 1953941, at *1 (S.D.N.Y. May 1, 2019) (collecting cases). The Court finds no clear error in Judge Ricardo's thorough and well-reasoned R&R.

    Accordingly, the Court ADOPTS Judge Ricardo's R&R in its entirety. Plaintiff's motion is GRANTED in part, and this matter is REMANDED to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 15 and close the case.

    SO ORDERED.

Dated: August 19, 2025
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge