**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
William Alberto Estrada Bonnilla,

                         Plaintiff,                         24 **CIVIL** 7186 (AT)(HJR)

        -against-                              **JUDGMENT**

Commissioner of Social Security,

                         Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 19, 2025, the Court ADOPTS Judge Ricardo's R&R in its entirety. Plaintiff's motion is GRANTED in part, and this matter is REMANDED to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

**Dated:**  New York, New York

        August 20, 2025

                                     **TAMMI M. HELLWIG**
                                            _____
                                            **Clerk of Court**

                           **BY:**
                                            _____
                                            **Deputy Clerk**